FILED
APR - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ardeshir Yazdani<br>1645 Q Street, NW<br>Washington, D.C. 20009<br><br>      Plaintiff,<br><br>v.<br><br>Access ATM<br>10681 Haddington Drive<br>Houston, TX 77043-3239<br><br>      Defendant. | CASE NUMBER 1:06CV00639<br><br>JUDGE: Colleen Kollar-Kotelly<br><br>DECK TYPE: Contract<br><br>DATE STAMP: 04/6/2006 |

**Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:**

I, the undersigned, counsel of Record for Access ATM, certify that to the best of my knowledge and belief, that Access ATM has no parent company or subsidiaries or affiliates which has any outstanding securities in the hands of the public.

This representation is being made in order that judges in this court may determine the need for recusal.

Attorney of record for Access ATM _____

Respectfully Submitted,

_____
Devarieste Curry, 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue, NW
Washington, DC 20001-1401
202-842-8650
202-842-7612 (Facsimile)

April 6, 2006