SUPERIOR COURT OF THE DISTRICT OF COLUMBIA - CIVIL

Ardeshir Yazdani

vs.

Access ATM

No. 2005 CA 009097 B

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

> RECEIVED
> Civil Clerk's Office
>
> JAN 0 5 2005
>
> Superior Court of the
> District of Columbia
> Washington, D.C.

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Initial Order, Summons, Amended Complaint, Complaint and Affidavit in the above entitled case, hereby depose and say:

That my date of birth is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:00 pm on January 4, 2006, I served in accordance with D.C. code 29-101.12(b), duplicate copies of the Initial Order, Summons, Complaint, Amended Complaint and Affidavit in this case upon the defendant, Access ATM c/o Mayor for the District of Columbia by serving Maxine Ebb, Correspondence Clerk, authorized to accept on behalf of Superintendent of Corporations, 941 North Capitol Street, NE, Suite 1100, Washington, DC 20002, and paid the statutory service fee of $15.00 by check made payable to the D.C. Treasurer. Described herein:

```
    SEX-    FEMALE
    AGE-    40
 HEIGHT-    5'6"
   HAIR-    BLACK
 WEIGHT-    150
  COLOR-    BLACK
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

DANIEL F. PORTNOY
Our File#- 164077

SUBSCRIBED and SWORN to before me this 5th day of January, 2006.

Notary Public

My Commission expires: 03-31-09

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| ARDESHIR YAZDANI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.           ) | Civil Action No. 05ca9097B |
| ) | (FHW) |
| ACCESS ATM ) | Next Scheduled Event: |
| ) | Initial Conference |
| Defendant. ) | 2/17/06 at 9:30 a.m. |

## AFFIDAVIT

I, Harvey S. Williams, being duly sworn, state as follows:

1.  I am over 18 years of age and have personal knowledge as to the matters stated herein.

2.  I am an attorney associated with the Law Office of Harvey S. Williams, 1666 Connecticut Avenue, N.W., Ste. 225, Washington, D.C. 20009. I am a member of the District of Columbia Bar.

3.  Access ATM ("Access") is a Texas corporation that transacts business in the District of Columbia. Specifically, in connection with the above-referenced lawsuit, Access sent an agent into the District to sell, lease, and/or place ATM machines in local business establishments for profit.

4.  Access ATM's last known address is 10681 Haddington Dr., Suite 190, Houston, Texas 77043-3239.

5.  My associate made inquiries at the D.C. Department of Consumer and Regulatory Affairs, Office of Business and Professional Licensing Administration, Corporation Division, regarding the current status of Access ATM in the District of

FILE COPY   JAN - 4 2006

Columbia and was informed that Access ATM is not currently registered to do business in the District of Columbia and does not have a registered agent in the District of Columbia.

6.   Pursuant to D.C. Code §29-101.108(c), "if any foreign corporation shall transact business in the District of Columbia without a certificate of authority, it shall, by transacting such business, be deemed to have thereby appointed the Mayor its agent and representatives upon whom any process, notice or demand may be served." D.C. Code §29-101.108(c).

I HEREBY DECLARE AND AFFIRM under penalties of perjury that the foregoing Affidavit is true and correct.

_12/29/05_
Date

_Harvey S. Williams_
Harvey S. Williams

DISTRICT OF COLUMBIA:

Before me, _PAULA R. KAHN_, a Notary Public, in and for the District of Columbia, personally appeared Harvey S. Williams, and being first duly sworn by me upon his oath, says that the facts alleged in the foregoing Affidavit are true.

_Paula R. Kahn_
Notary Public

My Commission Expires: _10-14-06_

2