UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARDESHIR YAZDANI** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-639** |
| | ) | **(CKK)** |
| **ACCESS ATM** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AFFIDAVIT OF CARRIE EVANS

I, Carrie Evans, under penalty of perjury, state that the following is true and correct:

1. I am over 18 years of age and have personal knowledge of the matters stated herein.

2. I am paralegal specialist for the Department of Consumer and Regulatory Affairs, Corporations Division, for the District of Columbia. It is my job to serve notice of lawsuits on foreign corporations who are not registered to do business in the District of Columbia.

3. On January 4, 2006, I received copies of the Initial Order, Summons, Complaint, Amended Complaint, and Affidavit for the case of *Yazdani v. Access ATM*, Civil Action No. 05ca9097B.

4. On January 25, 2006, I sent copies of the Initial Order, Summons, Complaint, and Amended Complaint to Access ATM at 10681 Haddington Dr., Houston, TX 77043-3239. These documents were sent via certified mail, return receipt requested.

5. The green receipt card was returned to me showing that the documents had been accepted by Access on February 21, 2006.

Given under my hand this 21st day of April, 2006.

*[signature]*
CARRIE EVANS