UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDESHIR YAZDANI,<br><br>　　　　　　Plaintiff,<br><br>and<br><br>ACCESS ATM,<br><br>　　　　　　Defendant. | Civil Action No. 06-639<br><br>The Honorable C. Kollar-Kotelly |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Hughes Hubbard & Reed LLP hereby appears as counsel in the above-captioned matter for Defendant Access ATM ("Access ATM"). Service of all papers in this action on Access ATM may be directed to:

> Kevin Abikoff
> Kathryne Love
> Hughes Hubbard & Reed LLP
> 1775 I Street, N.W.
> Washington, D.C. 20006-2401
> Telephone: (202) 721-4600
> Facsimile: (202) 721-4646
> Email: love@hugheshubbard.com

Dated: May 1, 2006　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Kathryne Love
　　　　　　　　　　　　　　　　　　Kevin Abikoff (D.C. Bar 419826)
　　　　　　　　　　　　　　　　　　Kathryne Love (D.C. Bar No. 479644)
　　　　　　　　　　　　　　　　　　Hughes Hubbard & Reed LLP
　　　　　　　　　　　　　　　　　　1775 I Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-2401
　　　　　　　　　　　　　　　　　　Telephone: (202) 721-4600
　　　　　　　　　　　　　　　　　　Facsimile: (202) 721-4646

1