UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARDESHIR YAZDANI,

                     Plaintiff,

and

ACCESS ATM,

                     Defendant.

Civil Action No. 06-639

The Honorable C. Kollar-Kotelly

**REQUEST FOR CONTINUANCE**
**OF INITIAL SCHEDULING CONFERENCE**

Defendant Access ATM respectfully requests that the Court order a continuance of the Initial Scheduling Conference, currently scheduled for May 3, 2006 at 10:30 a.m.

Access ATM recently retained new counsel. Additional time is necessary to transition and acquaint counsel with the pending matters in this action. Access ATM therefore requests that the Court continue the Initial Scheduling Conference to the following proposed alternate date and time which has been agreed to by all parties: May 17, 2006 at 2:00 p.m.

Dated: May 1, 2006

                                                  Respectfully submitted,

                                                  Kevin Abikoff (DC Bar 419826)
                                                  Kathryne Love (DC Bar No. 479644)
                                                  Hughes Hubbard & Reed LLP
                                                  1775 I Street, N.W.
                                                  Washington, D.C. 20006-2401
                                                  Telephone: (202) 721-4600
                                                  Facsimile: (202) 721-4646