UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ardeshir Yazdani<br>1645 Q Street, NW<br>Washington, D.C. 20009<br><br>      Plaintiff,<br><br>v.<br><br>Access ATM<br>10681 Haddington Drive<br>Houston, TX 77043-3239<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06 CV 639 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Pursuant To LCvR 83.6(b), Devarieste Curry of The Curry Law Firm, PLLC, hereby submits this Notice of Withdrawal as counsel to defendant Access ATM. Defendant has retained new counsel who has entered his appearance in this matter. Pursuant to the requirements of the Rules, the defendant also has signed this Notice.

Respectfully submitted,

*/s/ Devarieste Curry*
Devarieste Curry, 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue, NW
Suite 800
Washington, DC 20001-1401

202-842-8650
202-842-7612 (Facsimile)

For the Defendant:

_____
David C. Hardy
President, Atm

Dated:       May 2, 2006