UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARDESHIR YAZDANI,**<br><br>Plaintiff,<br><br>v.<br><br>**ACCESS ATM,**<br><br>Defendant. | Civil Action No. 06-639 (CKK/JMF) |

### ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that plaintiff submit a petition, within fourteen days of the date of this Order, detailing the attorneys' fees and costs expended by him in opposing the removal of this case from the Superior Court to the District Court.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: