LAW OFFICE OF HARVEY S. WILLIAMS
1666 Connecticut Avenue, N.W.
Ste. 225
Washington          , DC  20009
(202) 462-5900


Invoice submitted to:
Ardeshir Yazdani
AHA Corp. T/A Java House
1645 Q Street, N.W.
Washington, D.C. 20009


November 10, 2006
In Reference To:   *Yazdani v. Access ATM* , Civil Action No. 06-639
                   Costs and Expenses Incurred in Connection with Access ATM's
                   Improper Removal

Invoice # 10036

Professional Services

|  | Hrs/Rate | |
| --- | --- | --- |
| Deeme I. Katson (paralegal) | 0.92 136.00/hr | |
| Harvey S. Williams, Esq. | 15.67 588.20/hr | |
| Robert S. Madancy Jr, Esq. | 25.23 305.00/hr | |
|  |  | Amount |
| For professional services rendered | 41.82 | $17,037.37 |

Additional Charges :

| | | Amount |
| --- | --- | --- |
| 4/1/2006 | LexisNexis online research - April 2006 | 36.49 |
| 4/7/2006 | Photocopies through 5/12/06 | 18.30 |
| 4/21/2006 | Courier & Delivery of affidavit to Carrie Evans, Dept. of Consumer and Regulatory Affairs (roundtrip)(Washington Express) | 28.55 |
| 4/28/2006 | Postage | 1.11 |
| 5/1/2006 | LexisNexis online research - May 2006 | 38.96 |
| | Total costs | $123.41 |

Ardeshir Yazdani

| | Amount |
| --- | --- |
| Total amount of this bill | $17,160.78 |
| Balance due | $17,160.78 |

LAW OFFICE OF HARVEY S. WILLIAMS
1666 Connecticut Avenue, N.W.
Ste. 225
Washington          , DC  20009
(202) 462-5900


Invoice submitted to:
Ardeshir Yazdani
AHA Corp. T/A Java House
1645 Q Street, N.W.
Washington, D.C. 20009


November 10, 2006
In Reference To:    *Yazdani v. Access ATM* , Civil Action No. 06-639
                    Costs and Expenses Incurred in Connection with Access ATM's
                    Improper Removal

Invoice # 10036

            Professional Services

|  |  |  | Hours |
|---|---|---|---|
| 4/7/2006 | RM | Court appearance in Superior Court for ex parte hearing on damages; plaintiff received unfiled copy of removal notice after 7:00 p.m. on 4/6, but was unable to obtain confirmation that notice had been filed prior to hearing, thus requiring appearance. Defense counsel was contacted by telephone by the court for an explanation. | 2.75 |
| | DIK | Telephone conference: D.C. Office of Consumer and Regulatory Affairs. Conversaion with Deborah at Corporations, left message for Carrie Evans, Office of Superintendent. | 0.25 |
| | HSW | Court appearance necessitated by last minute removal. Plaintiff received unfiled copy of removal notice after 7:00 p.m. on 4/6, but was unable to obtain confirmation that notice had been filed prior to hearing. Attorney Williams who had made morning inquiries regarding the removal appeared to address removal issue with the court. Defense counsel was contacted by telephone by the court for an explanation. | 2.75 |
| | RM | Strategy conference with attorney Williams; review removal notice | 2.00 |
| | HSW | Review Removal Notice; strategy conference with attorney Madancy | 2.00 |
| 4/10/2006 | DIK | Telephone conferences 4/10-4/12 with D.C. Office of Consumer and Regulatory Affairs paralegal specialist, Carrie Evans re: when notice received by Access ATM. | 0.17 |
| 4/13/2006 | RM | Legal research: review Sections 1441 thru 1447 on removal; LexisNexis search | 1.60 |

Ardeshir Yazdani

| | | | Hours |
|---|---|---|---|
| 4/13/2006 | RM | Pull/review cases, including: Liebig v. DeJoy, 814 F.Supp. 1074, 1076 (M.D. Fla. 1993); Maybruck v. Haim, 290 F.Supp. 721 (S.D.N.Y. 1968); S.M. v. Jones, 794 F.Supp. 638, 639 (W.D. Tex. 1992); Phillips v. Corrections Corp. of America, 407 F.Supp.2d 18 (D.D.C. 2005); Stone St. Capital v. McDonald's Corp., 300 F.Supp.2d 345 (D.C. Md. 2003); Coors v. Truck Insurance Exchange, 383 F.Supp. 2d 93, 95 (D.D.C. 2005); Wisconsin v. Missionaries to Preborn, 798 F.Supp. 542 (E.D.Wis. 1992); Children's Village v. Greenburgh Eleven Teacher's Union Fed'n of Teachers, Local 1532, 867 F.Supp. 245 (S.D.N.Y. 1994 begin draft | 4.50 |
| 4/14/2006 | RM | Finish draft Motion | 2.00 |
| | RM | Draft Evans Affidavit re: delivery/acceptance of pleadings by Access | 0.50 |
| 4/17/2006 | DIK | Telephone conferences with Carrie Evans re: professional details/duties for affidavit | 0.33 |
| 4/18/2006 | RM | Telephone conference with Evans | 0.10 |
| 4/20/2006 | RM | Telephone conference with Evans; check/revise affidavit | 0.40 |
| 4/21/2006 | DIK | Telephone conference with Carrie Evans re: delivery/pick-up of signed affidavit | 0.17 |
| 4/24/2006 | RM | Phone/fax to defense counsel Curry | 0.20 |
| 4/25/2006 | RM | Edit/revise Remand Motion/Memo | 1.00 |
| 4/26/2006 | RM | Final proof/edit Remand Motion/Memo | 0.33 |
| | HSW | Edit/revise Motion; file Motion | 1.50 |
| 4/28/2006 | HSW | Conference call with Court and defense counsel (Curry and Love) | 0.42 |
| | HSW | Legal research: list serve re: sanctions re: attorney | 2.00 |
| | HSW | Conference calls with Court, Curry, Love | 0.50 |
| 5/5/2006 | RM | Telephone conference with attorney Love | 0.10 |
| 5/9/2006 | RM | Conference with attorney Williams on Reply strategy | 1.00 |
| | RM | Review defense Motion; pull/review/Shepardize defense cases; research/pull/Shepardize cases including: Morris v. Firestone; Moore v. Permanente; Miller v. Carelink; Marytak v. Marytak; Morgan Guaranty Trust Co. v. Republic of Palau; Circle Industries USA, Inc. v. Park Constr. Group; Bhagwanani v. Howard University; Ibrahim v. 1417 N. St. Assocs., L.P.; | 4.75 |

Ardeshir Yazdani                                                            Page      3

|  |  |  | Hours |
|---|---|---|---|
|  |  | Cooter & Gell v. Hartmax Corp.; Stallworth v. Greater Cleveland Regional Transit Authority; Mints v. Educational Testing Service.  Begin draft |  |
| 5/10/2006 | HSW | Review Defense Motion; case law; our response; conference with attorney Madancy re: Reply | 1.50 |
| 5/11/2006 | RM | Draft Reply | 2.75 |
| 5/12/2006 | HSW | Legal research: draft/revise Reply | 5.00 |
|  | RM | Proof/edit Reply | 1.25 |

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered |  | 41.82 | $17,037.37 |
| Additional Charges : |  |  |  |
| 4/1/2006 | LexisNexis online research - April 2006 |  | 36.49 |
| 4/7/2006 | Photocopies through 5/12/06 |  | 18.30 |
| 4/21/2006 | Courier & Delivery of affidavit to Carrie Evans, Dept. of Consumer and Regulatory Affairs (roundtrip)(Washington Express) |  | 28.55 |
| 4/28/2006 | Postage |  | 1.11 |
| 5/1/2006 | LexisNexis online research - May 2006 |  | 38.96 |
| Total costs |  |  | $123.41 |
| Total amount of this bill |  |  | $17,160.78 |
| Balance due |  |  | $17,160.78 |