UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARDESHIR YAZDANI** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACCESS ATM** )<br>)<br>    **Defendant.** ) | <br><br><br><br>Civil Action No. 06-639<br>           (CKK)<br><br><br> |

### ORDER

UPON CONSIDERATION of Plaintiff's Petition for Attorney's Fees and Costs, and any opposition thereto, and the record herein, it is this _____ day of _____ _____, 2006, hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that plaintiff is awarded costs and attorney's fees in the amount of $17,160.78, calculated pursuant to the updated *Laffey* Matrix, in accordance with this Court's Order, dated October 27, 2006.

_____
JOHN M. FACCIOLA
UNITED STATES DISTRICT JUDGE

COPIES TO:

Harvey S. Williams
Robert S. Madancy Jr.
Law Office of Harvey S. Williams
1666 Connecticut Avenue, N.W.
Ste. 225
Washington, D.C. 20009

Counsel for Plaintiff

and

Kevin T. Abikoff
Kathryne Love
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401

Counsel for Defendant