**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ARDESHIR YAZDANI,** | |
| Plaintiff, | **Civil Action No. 06-639** |
| and | The Honorable J. Facciola |
| **ACCESS ATM,** | |
| Defendant. | |

**MOTION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFF'S PETITION FOR ATTORNEY'S FEES AND COSTS**

Defendant Access ATM ("Access") hereby moves the Court for leave to file the Opposition to Plaintiff's Petition for Attorney's Fees and Costs (the "Opposition") attached hereto as Exhibit A.

On October 27, 2006, this Court ordered Plaintiff to submit a petition detailing fees and costs "expended by him in opposing the removal of this case from the Superior Court to the District Court." Plaintiff submitted his Petition on November 11, 2006, and requested fees and costs in excess of $17,000.

Access believes that the requested fees are overinclusive, excessive, and unreasonable. Access thus respectfully requests leave to challenge both the standard of recovery used by Plaintiff and the specific fees and costs alleged to have been expended, as more fully explained in the Opposition. Since the Court's October 27 Order did not include a provision on Access's opportunity to respond to Plaintiff's Petition, Access hereby requests leave from the Court to file the Opposition.

2

Dated: November 22, 2006

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: _____/s/_____

Kevin T. Abikoff (D.C. Bar No. 419826)
Kathryne Love (D.C. Bar No. 479644)
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646

*Counsel for Defendant Access ATM*