UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARDESHIR YAZDANI** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-639 |
| ) | (CKK) |
| **ACCESS ATM** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFFS' ERRATA SHEET IDENTIFYING EXHIBITS IN PLAINTIFF'S REPLY TO ACCESS ATM'S OPPOSITION TO PETITION FOR ATTORNEY'S FEES

Plaintiff, by counsel, hereby submits this Errata to accurately identify exhibits filed with his Reply to Access ATM's Opposition to Petition for Attorney's Fees. The exhibits identified in the Reply are:

Exhibit 1    Fee Addendum

Exhibit 2    Williams and Madancy Virginia Bar Admissions

Exhibit 3    Notice of Appeal

Those exhibits are named and attached, hereto.

Respectfully submitted,

ARDESHI YAZDANI
By Counsel
           /S/
_____
Harvey S. Williams
Unified Bar No. 437147
Robert S. Madancy, Jr.,
Law Office of Harvey S. Williams
1666 Connecticut Avenue, N.W., Ste. 225
Washington, D.C.  20009
Tel (202) 462-5900
Fax (202) 462-5904

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Plaintiff's Errata Sheet Identifying Exhibits in Plaintiff's Reply to Access ATM's Opposition to Petition for Attorney's Fees was sent by electronic filing this 7th day of December, 2006, to Kevin T. Abikoff and Kathryne Love of Hughes Hubbard & Reed LLP, 1775 I Street, N.W., Washington, D.C. 20006-2401, Counsel for Defendant.

_____
Harvey S. Williams