LAW OFFICE OF HARVEY S. WILLIAMS
1666 Connecticut Avenue, N.W.
Ste. 225
Washington          , DC  20009
(202) 462-5900


Invoice submitted to:
Ardeshir Yazdani
AHA Corp. T/A Java House
1645 Q Street, N.W.
Washington, D.C. 20009


December 07, 2006
In Reference To:   *Yazdani v. Access ATM* - Fee Addendum
                   Civil Action No. 05-9097
                   Civil Action No. 06-639

Invoice # 10037

    Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| Harvey S. Williams, Esq. | 0.80<br>596.00/hr | |
| Robert S. Madancy Jr, Esq. | 3.80<br>305.00/hr | |
| For professional services rendered | 4.60 | $1,635.80 |
| Balance due | | $1,635.80 |

LAW OFFICE OF HARVEY S. WILLIAMS
1666 Connecticut Avenue, N.W.
Ste. 225
Washington        , DC  20009
(202) 462-5900


Invoice submitted to:
Ardeshir Yazdani
AHA Corp. T/A Java House
1645 Q Street, N.W.
Washington, D.C. 20009


December 07, 2006
In Reference To:   Yazdani v. Access ATM - Fee Addendum
                   Civil Action No. 05-9097
                   Civil Action No. 06-639

Invoice # 10037

    Professional Services

| Date | Atty | Description | Hrs/Rate |
|---|---|---|---|
| 12/1/2006 | RM | Review Opposition, pull/review cases; review D.C. Code Section 290101.12, review 28 U.S.C. Section 1446; review Super.Ct.Rules; review court record; pull/check cases: Coors, Donovan; begin draft Reply | 2.70<br>305.00/hr |
| | HSW | Confer/supervision of Reply | 0.20<br>596.00/hr |
| 12/6/2006 | RM | Finish Reply, edit/revise | 1.10<br>305.00/hr |
| 12/7/2006 | HSW | Revise/edit/finalize Reply | 0.60<br>596.00/hr |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 4.60 | $1,635.80 |
| Balance due | | $1,635.80 |