# Supreme Court of Virginia

On the 12th day of June, 1981

## Harvey Shepherd Williams

who has been duly licensed to practice in the Superior and Inferior Courts of this Commonwealth, this day in open Court took the oaths as prescribed by law and is thereupon admitted to practice as Counsel in this Court.

Given under my hand and official seal this 12th day of June, 1981

*Allen L. Levy*
Clerk Supreme Court of Virginia





# Supreme Court of Virginia

On the 30th day of October 20 00

**Robert Sarkis Madancy, Jr.**

who has been duly licensed to practice in the Superior and Inferior Courts of this Commonwealth, this day in open Court took the oaths as prescribed by law and is thereupon admitted to practice as Counsel in this Court.

Given under my hand and official Seal this 30th day of October 20 00

_____
Clerk, Supreme Court of Virginia