2

# APPENDIX OF FORMS

<u>Form 1.</u>   Notice of Appeal (Tax, Civil, Family (Except Juvenile Cases), and Probate)

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**NOTICE OF APPEAL (____CROSS APPEAL)**
**TAX, CIVIL, FAMILY (EXCEPT JUVENILE CASES), AND PROBATE**

RECEIVED
Civil Clerk's Office
DEC [?] 2006
Superior Court of the
District of Columbia
Washington, D.C.

Superior Court Case Caption: __Yazdani v. Access ATM__

Superior Court Case No.: __Civil Action No. 05-9097__

A.   Notice is given that (person appealing) __Ardeshir Yazdani__ is appealing an order/judgment from the:
☐ Tax Division    ☒ Civil Division    ☐ Family Court    ☐ Probate Division

1. Date of entry of judgment or order appealed from (if more than one judgment or order appealed, list all):
__September 5, 2006__

2. Filing date of any post-judgment motion: __September 19, 2006__

3. Date of entry of post-judgment order: __November 20, 2006__

4. Superior Court Judge: __Judith E. Retchin__

5. Is the order final (*i.e.*, disposes of all claims and has been entered by a Superior Court Judge, not a Magistrate Judge)?   ☒ YES    ☐ NO

If no, state the basis for jurisdiction: _____

Has there been any other notice of appeal filed in this case:   ☐ YES ☒ NO

If so, list the other appeal numbers: _____

6. If this case was consolidated with another case in this court, list the parties' names and the Superior Court case number: __N/A__

B.   Type of Case:   ☒ Civil I    ☐ Civil II    ☐ Landlord and Tenant
                    ☐ Neglect   ☐ TPR       ☐ Adoption    ☐ Guardianship
                    ☐ Mental Health  ☐ Probate  ☐ Intervention

C.   Indicate Status of Case:   ☒ Paid    ☐ In Forma Pauperis    ☐ CCAN

Was counsel appointed in the trial court?   ☐ YES    ☒ NO

3

D.  Provide the names, addresses, and telephone numbers of all parties to be served. For persons represented by counsel, identify counsel and whom the counsel represents. For each person, state whether the person was a plaintiff or defendant in the Superior Court (use additional sheets of paper if necessary):

| NAME | ADDRESS | PARTY STATUS (Plaintiff, Defendant) | TELEPHONE NOS. |
|---|---|---|---|
| Kathryne Love, Esq. | Hughes Hubbard & Reed LLP 1775 I St., NW Washington, DC 20006 | Attorney for Defendant | (202) 721-4600 |

E.  Identify the portions of the transcript needed for appeal, including the date of the proceeding, the name of the Court Reporter (or state that the matter was recorded on tape if no Court Reporter was present), the courtroom where the proceeding was held, and the date the transcript was ordered, or a motion was filed for preparation of the transcript.[*] Attach additional pages if needed.

| Date of Proceeding/Portion | Reporter/Courtroom | Date ordered |
|---|---|---|
| | | |
| | | |
| | | |

☒ Check this box if no transcript is needed for this appeal.

F.  Person filing appeal:
☐ Plaintiff Pro Se         ☐ Defendant Pro Se
☐ Third Party/Intervenor   ☒ Counsel for Plaintiff
☐ Counsel for Defendant

**ATTACH A COPY OF THE ORDER, JUDGMENT OR DOCKET ENTRY FROM**

---

[*] Appellant is responsible for ordering transcript(s) from the Court Reporting and Central Recording Division, Room 5500. If appellant has been granted In Forma Pauperis status, or had an attorney appointed by the Family Court, *and* transcript is needed for this appeal, appellant must file a Motion for Transcript in the Appeals Coordinator's Office, Room 3148. That office number is (202) 879-1731. If that motion is granted, transcript will be prepared at no cost to appellant.

4

WHICH THIS APPEAL IS TAKEN .

| Harvey S. Williams | *[signature]* Harvey S. Williams | 437147 |
|---|---|---|
| Print Name of Appellant/Attorney | Signature  Dec. 6, 2006 | Bar No. |

Law Office of Harvey S. Williams
1666 Connecticut Ave., NW, Ste. 225
Washington, D.C. 20009

(202) 462-5900

Address                    Telephone Number