UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDESHIR YAZDANI,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ACCESS ATM,<br><br>　　　Defendant. | Civil Action No. 06-639 (CKK/JMF) |

**ORDER**

It is hereby,

**ORDERED** that on or before January 2, 2007, plaintiff file a praecipe with the court listing the actual hourly rates charged the firm's clients by paralegal Deeme Katson, attorney Harvey Williams, and attorney Robert Madancy in the above captioned case.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN M. FACCIOLA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: