UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDESHIR YAZDANI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-639 |
| ) | (CKK)(JMF) |
| ACCESS ATM ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S PRAECIPE REGARDING FEES

COMES NOW plaintiff, by counsel, and in response to this court's Order dated December 27, 2006, submits the following information.

Plaintiff's attorney's fees in the above-captioned case are billed on a 1/3 % contingency fee basis. Typically in counsel's § 1983 cases or other fee-shifting cases, fees are billed either (i) on a 33-40% contingency basis or statutory attorney's fees awarded, whichever is greater, or (ii) hourly at the rate of $350/hr for Mr. Williams; $225/hr for Mr. Madancy, and $90/hr for Ms. Katson, or statutory attorney's fees awarded, whichever is greater.

Respectfully submitted,

ARDESHI YAZDANI
By Counsel

_/S/_
Harvey S. Williams
Unified Bar No. 437147
Robert S. Madancy, Jr.,
Law Office of Harvey S. Williams
1666 Connecticut Avenue, N.W., Ste. 225
Washington, D.C.  20009
Tel (202) 462-5900
Fax (202) 462-5904
Counsel for Plaintiff

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Plaintiff's Praecipe Regarding Fees was sent by electronic filing this 3rd day of January, 2007, to Kevin T. Abikoff and Kathryne Love of Hughes Hubbard & Reed LLP, 1775 I Street, N.W., Washington, D.C. 20006-2401, Counsel for Defendant.

                                              /S/
                                         Harvey S. Williams