UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARDESHIR YAZDANI,**<br><br>Plaintiff,<br><br>v.<br><br>**ACCESS ATM,**<br><br>Defendant. | Civil Action No. 06-639 (CKK/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that defendant reimburse plaintiff in the amount of $10,058.71.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: